DUFFY & ATKINS LLP
Todd E. Duffy (TD - 9863)
James E. Atkins (JA - 4922)
Dennis J. Nolan (DN - 0853)
Seven Penn Plaza, Suite 420
New York, New York 10001
Telephone: (212) 268-2685
Facsimile:  (212) 500-7972
*Attorneys for Richmond Realty Limited Partnership*

| UNITED STATES BANKRUPTCY COURT SOUTHERN DISTRICT OF NEW YORK | |
|---|---|
| ---------------------------------------------------------------x<br><br>In re:<br><br>SCARBOROUGH-ST. JAMES CORP., *et al.*,<br><br>Debtors.<br><br>---------------------------------------------------------------x | Chapter 11<br><br>Case No. 03-17966 (JMP)<br>Case No. 03-17967 (JMP)<br>Case No. 06-12786 (JMP)<br>(Jointly Administered) |

## **NOTICE OF APPEAL**

Richmond Realty Limited Partnership, one of the debtors and debtors-in-possession in the above-captioned bankruptcy cases, pursuant to 28 U.S.C. § 158(a) and Rules 8001 and 8002(a) of the Federal Rules of Bankruptcy Procedure, appeal from the Order denying the Motion of Debtor Richmond Realty Limited Partnership for Entry of an Order Disallowing the Claim of Scarborough-St. James Corp. (Claim Number 4) and First Richborough Realty Corp. (Claim Number 5) signed and entered on the docket on November 21, 2007 as Docket No. 300 (the "Order").

The names of all parties to the Order and the names, addresses and telephone numbers of their respective attorneys are as follows:

| **Appellant** | **Represented By** |
|---|---|
| Richmond Realty Limited Partnership | Todd E. Duffy, Esq.<br>Duffy & Atkins LLP<br>Seven Penn Plaza, Suite 420<br>New York, New York 10001<br>Telephone (212) 268-2685 |
| **Appellees** | **Represented By** |
| Scarborough-St. James Corp.<br>First Richborough Realty Corp. | Michael T. Conway, Esq.<br>LeClair Ryan P.C.<br>830 Third Avenue<br>Fifth Floor<br>New York, New York 10022<br>Telephone: (212) 430-8020 |

**Interested Parties**

MCANY of Richmond Fund II Realty
Limited Partnership
c/o MCARED Realty

51 Sherman Hill Road,
Building A, SuiteA 104C
Woodbury, CT 06798
ATTN: Benedict Silverman

Dated: New York, New York
       November 30, 2007              DUFFY & ATKINS LLP

                                      By: /s/ Todd E. Duffy
                                          Todd E. Duffy (TD 9863)
                                          James E. Atkins (JA 4922)
                                          Dennis J. Nolan (DN 0853)
                                      Seven Penn Plaza, Suite 420
                                      New York, New York 10001
                                      Tel: (212) 268-2685
                                      Fax: (212) 500-7972

                                      *Attorneys for Debtor Richmond Realty
                                      Limited Partnership*