LeCLAIRRYAN, a Professional Corporation
Michael T. Conway, Esq.
830 Third Avenue, 5th Floor
New York, NY 10022
Telephone: (212) 430-8032
Facsimile:  (212) 430-8062

Attorneys for Debtors Scarborough-St James Corporation
  and First Richborough Realty Corporation

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
_____

|  |  |
|---|---|
| In re: | Chapter 11 |
| SCARBOROUGH-ST. JAMES CORPORATION, et al., | Case No. 03-17966 (JMP) |
| Debtors. | (Jointly Administered) |

_____

RICHMOND REALTY LIMITED PARTNERSHIP,

       Appellant,

  v.

SCARBOROUGH-ST. JAMES CORPORATION and
FIRST RICHBOROUGH REALTY CORPORATION,

       Appellees.
_____

### APPELLEES' DESIGNATION OF ADDITIONAL ITEMS TO BE INCLUDED IN THE RECORD ON APPEAL

Scarborough-St James Corporation and First Richborough Realty Corporation, by and through counsel, LeClairRyan, a Professional Corporation, hereby designate the following additional item to be included in the record on appeal in connection with the Notice of Appeal dated November

30, 2007 and Appellant's Designation of Items to be Included in the Record on Appeal and Statement of Issues dated December 10, 2007, each filed by Richmond Realty Limited Partnership.

| Filing Date | Docket Number | Document |
|---|---|---|
| 09/21/2007 | 272 | Declaration *of Michael T. Conway in Opposition to RRLP Motion to Disallow Claims* |

Dated: December 19, 2007
      New York, New York

                                LeCLAIRRYAN, a Professional Corporation

                                By: /s/ Michael T. Conway
                                Michael T. Conway
                                830 Third Avenue, 5th Floor
                                New York, NY 10022
                                Telephone: (212) 430-8032
                                Facsimile: (212) 430-8062

                                Attorneys for Scarborough-St James Corporation and First Richborough Realty Corporation