

**DUFFY & ATKINS LLP**
SEVEN PENN PLAZA, SUITE 420
NEW YORK, NY 10001
(212) 268-2685
FAX (212) 500-7972
www.duffyandatkins.com

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 3/27/08
```

**VIA HAND DELIVERY**
March 26, 2008
The Honorable Denise L. Cote
United States District Court
Southern District of New York
500 Pearl Street, Room 1040
New York, New York 10007

      Re: In re Scarborough-St. James Corporation
        Case No. 08-cv-02421 (DLC)

Dear Judge Cote,

  This firm represents Richmond Realty LP, the appellant, in the above-captioned bankruptcy appeal pending before you. We write to request that the Court adjourn the due date for Richmond Realty's initial brief for two weeks to April 11, 2008. Of course, if the Court grants our request, we understand and expect that the due date for the remaining briefs would also be adjourned.

  The current due date for Richmond Realty's brief is March 28, 2008. The parties are actively engaged in settlement negotiations and are optimistic that a universal settlement may be reached. In that event, Richmond Realty would most likely withdraw the above-captioned appeal. There have been no previous requests for an adjournment or an extension in this case. We have spoken with Michael Conway, Esq., counsel to Scarborough-St. James Corporation, the appellee in this matter, and he has consented to the relief we have requested.

  Pursuant to your individual rules, we have not included a proposed order because no other dates have been scheduled by the Court at this time. Accordingly, we respectfully request that the Court adjourn the due date for Richmond Realty's initial brief in this matter to April 11, 2008.

  Thank you for your consideration in this matter.

Respectfully submitted,

*/s/ Todd E. Duffy*

Todd E. Duffy

cc: Michael T. Conway, Esq. (via facsimile)
  LeClair Ryan LLP

*[Handwritten annotation:]* Granted. There will be no further adjournment. Opposition due May 2; reply due May 9.

*Denise Cote*
March 27, 2008