DUFFY & ATKINS LLP
Todd E. Duffy
James E. Atkins
Dennis J. Nolan
Seven Penn Plaza, Suite 420
New York, New York 10001
Telephone: (212) 268-2685
Facsimile:  (212) 500-7972

*Attorneys for Richmond Realty Limited Partnership*

| UNITED STATES DISTRICT COURT SOUTHERN DISTRICT OF NEW YORK ---------------------------------------------------------------x In re: SCARBOROUGH-ST. JAMES CORP., *et al.*, Debtors. ---------------------------------------------------------------x | Chapter 11 Case No. 03-17966 (JMP) Case No. 03-17967 (JMP) Case No. 06-12786 (JMP) (Jointly Administered) |
|---|---|
| RICHMOND REALTY LIMITED PARTNERSHIP, Appellant v. SCARBOROUGH-ST. JAMES CORPORATION AND FIRST RICHBOROUGH REALTY CORPORATION, Appellees. | Case No. 08-cv-02421 (DLC) |

## STIPULATION OF DISMISSAL

It is hereby agreed by the parties to the above-captioned bankruptcy appeal that pursuant to Rule 8001(c)(2) of the Federal Rules of Bankruptcy Procedure, this appeal is dismissed with prejudice.

1

| Dated: New York, New York<br>April 15, 2008<br><br>DUFFY & ATKINS LLP<br><br><br>By: **/s/ Todd E. Duffy**<br>Todd E. Duffy<br>James E. Atkins<br>Dennis J. Nolan<br>Seven Penn Plaza, Suite 420<br>New York, New York 10001<br>Tel.: (212) 268-2685<br>Fax: (212) 500-7972<br>*Attorneys for Appellant Richmond Realty Limited Partnership* | Dated: New York, New York<br>April 15, 2008<br><br>**LeCLAIRRYAN, a Professional Corporation**<br><br>By: **/s/ Michael T. Conway**<br>Michael T. Conway<br>830 Third Avenue, Fifth Floor<br>New York, New York 10022<br>Tel.: (212) 430-8032<br>Fax: (212) 430-8062<br>*Attorneys for Appellees Scarborough-St. James Corporation and First Richborough Realty Corporation* |
|---|---|

**SO ORDERED:**

_____