(of 5.

**DUFFY & ATKINS LLP**
Todd E. Duffy
James E. Atkins
Dennis J. Nolan
Seven Penn Plaza, Suite 420
New York, New York 10001
Telephone: (212) 268-2685
Facsimile: (212) 500-7972

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 4/16/08
```

*Attorneys for Richmond Realty Limited Partnership*

| UNITED STATES DISTRICT COURT<br>SOUTHERN DISTRICT OF NEW YORK | |
|---|---|
| In re:<br><br>SCARBOROUGH-ST. JAMES CORP., *et al.*,<br><br>Debtors. | Chapter 11<br><br>Case No. 03-17966 (JMP)<br>Case No. 03-17967 (JMP)<br>Case No. 06-12786 (JMP)<br>(Jointly Administered) |
| RICHMOND REALTY LIMITED PARTNERSHIP,<br><br>Appellant<br><br>v.<br><br>SCARBOROUGH-ST. JAMES CORPORATION<br>AND FIRST RICHBOROUGH REALTY<br>CORPORATION,<br><br>Appellees. | Case No. 08-cv-02421 (DLC) |

## STIPULATION OF DISMISSAL

It is hereby agreed by the parties to the above-captioned bankruptcy appeal that pursuant to Rule 8001(c)(2) of the Federal Rules of Bankruptcy Procedure, this appeal is dismissed with prejudice.

So ordered.
*[signature]*
April 16, 2008

1

| | |
|---|---|
| Dated: New York, New York<br>April 15, 2008<br><br>**DUFFY & ATKINS LLP**<br><br>By: _/s/ Todd E. Duffy_<br>Todd E. Duffy<br>James E. Atkins<br>Dennis J. Nolan<br>Seven Penn Plaza, Suite 420<br>New York, New York 10001<br>Tel.: (212) 268-2685<br>Fax: (212) 500-7972<br>*Attorneys for Appellant Richmond Realty Limited Partnership* | Dated: New York, New York<br>April 15, 2008<br><br>**LeCLAIRRYAN, a Professional Corporation**<br><br>By: _/s/ Michael T. Conway_<br>Michael T. Conway<br>830 Third Avenue, Fifth Floor<br>New York, New York 10022<br>Tel.: (212) 430-8032<br>Fax: (212) 430-8062<br>*Attorneys for Appellees Scarborough-St. James Corporation and First Richborough Realty Corporation* |

**SO ORDERED:**

_____

USDJ

2